UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAVIS, | No. C 12-3768 JST (PR) |
| Plaintiff, | **ORDER OF SERVICE ON DEFENDANTS McCOY, ORR, AND POMPEY; EXTENDING TIME FOR FILING OF DISPOSITIVE MOTION** |
| v. | |
| COUNTY OF ALAMEDA, et al | |
| Defendants. | |

Plaintiff, an inmate in the Alameda County Jail, filed this pro se civil rights complaint under 42 U.S.C. § 1983 against a Deputy United States Marshal and county employees for an injury sustained while being transported to the jail and subsequent medical care that he alleges was inadequate. The complaint was reviewed pursuant to 28 U.S.C. 1915A, and the Clerk mailed waiver of service and summons forms to the Deputy Marshal, and also to defendants Dr. McCoy, Dr. Orr and Dr. Pompey at the Alameda County Sheriff's Department, where plaintiff indicated they were located.[1] The Sheriff wrote a letter to the Court stating that defendants McCoy, Orr and Pompey do not work for and are not located at the Sheriff's Department. Accordingly, the Court ordered plaintiff to either effectuate service on said three defendants or provide the Court with their current locations such that the Marshal is able to effectuate service.

---

[1] The claims against the other defendants were dismissed.

In response, plaintiff's counsel in a separate proceeding, James Phillip Vaughns, made an inquiry and advises the Court that all three defendants can be served at Prison Health Services, Inc.[2]

Accordingly, the Court orders as follows:

1. The Clerk shall issue summons and the United States Marshal shall, without prepayment of fees, serve said summons, along with a copy of the Complaint (Docket No. 1) and all attachments thereto, a copy of the Court's October 25, 2012 Order of Service (Docket No. 3), and a copy of this order, upon defendants Dr. McCoy, Dr. Orr, and Dr. Pompey at: Prison Health Services, Inc., 1150 Ballena Blvd., Alameda, CA 94501.

2. The Clerk shall also mail courtesy copies of the Complaint with all attachments thereto, the October 25, 2012 Order of Service, and this order to the United States Attorney for the Northern District of California and to the Alameda County Counsel's Office.

3. The deadline for defendants to file a dispositive motion is hereby CONTINUED to **May 31, 2013**. Plaintiff shall file any opposition to defendants' motion within **twenty-eight (28)** days of the date the motion is filed. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

IT IS SO ORDERED.

DATED: February 27, 2013

_____
JON S. TIGAR
United States District Judge

---

[2] Mr. Vaughns states that he represents plaintiff on the criminal case that led to plaintiff's incarceration and that he made the inquiry as a courtesy to plaintiff.

2